# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D23-1738
Lower Tribunal No. 2019-CA-005037-0001-XX

———————————————

THE LYKOS GROUP, INC.,

Appellant,

v.

JONATHAN FEINS and AMY FEINS,

Appellees.

———————————————

Appeal from the Circuit Court for Collier County.
Joseph G. Foster, Judge.

March 26, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and SMITH, JJ., concur.


Allison M. Perry, of Florida Appeals, P.A., Tampa, for Appellant.

W. Ryan Murphy, of Law Office of Jursinski & Murphy, PLLC, Fort Myers, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED